UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| OTHART DAIRY FARMS, LLC, PAREO FARM, INC., PAREO FARM II, INC., DESERTLAND DAIRY, LLC, DEL ORO DAIRY, LLC, BRIGHT STAR DAIRY, LLC, and SUNSET DAIRY, LLC, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>DAIRY FARMERS OF AMERICA, INC., SELECT MILK PRODUCERS, INC., and GREATER SOUTHWEST AGENCY,<br><br>Defendants. | Case No. 22-cv-00251-SMD-DLM |

**DECLARATION OF HUNTINGTON NATIONAL BANK IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENTS WITH DAIRY FARMERS OF AMERICA, INC. AND SELECT MILK PRODUCERS, INC., AND APPROVAL OF A CLAIMS PROCESS AND NOTICE PLAN**

I, Robyn Griffin, declare and state as follows:

1. I am Robyn Griffin at The Huntington National Bank ("Huntington") the escrow agent retained in this matter. I make this declaration in support of Plaintiff's Motion for Preliminary Approval of Settlements with Dairy Farmer's of America, Inc. and Select Milk Producers, Inc., and Approval of Claims Process and Notice Plan. The following statements are based on my personal knowledge and information provided to me by Counsel and other

Huntington employees working under my supervision and, if called upon to do so, I could and would testify competently thereto.

2.      I have over 25 years' experience in the financial sector, holding officer positions at TD Bank, Citizens Bank, and Merrill Lynch. I have an M.B.A. from New York University's Stern School of Business, and hold a B.A. from Rutgers University in Economics. I have held Series 7 and Series 66 Insurance Licenses. I served as Executive Director of the National Association of Shareholder and Consumer Attorneys (NASCAT), and an Associated Member of the American Bar Association. More information about the experience of our full team is attached hereto as Exhibit A: Our Dedicated Team.

3.      Collectively, Huntington's National Settlement Team has over 20 years of experience acting as escrow agents on various cases. We have handled more than 2,500 settlements for law firms, claims administrators, and regulatory agencies. These cases represent over $50 billion with more than 135 million checks, including some of the largest settlements in U.S. history.

4.      Huntington is committed to diversity and inclusion. At the leadership level, our Board of Directors Community Development Committee, Executive Leadership Team, and our Diversity and Inclusion Strategic Council holds us accountable to our goal of a culture of inclusion. Our policy of affirmative action facilitates the placement of qualified women, minorities, individuals with disabilities, and veterans at all levels of the organization.  Huntington has various Business Resource Groups, which are colleague-driven groups organized around interests or specific diversity dimensions, which provide feedback to the organization with regard to initiatives and policies to foster inclusivity. Our Inclusion Councils are colleague-driven groups that seek to carry out our inclusion strategy by making a respectful and supportive environment a reality for

all colleagues. We also support diversity in our vendor selection, as an inclusive supplier base has improved our understanding of the needs of the marketplace. Huntington's diversity and inclusion statement is attached hereto as Exhibit B.

    I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

    Executed on this 14th day of July, 2025 at New York, NY.

s/ _____