# EXHIBIT A

Exhibit A

## OUR DEDICATED TEAM



**Robyn Griffin**

Robyn is a Senior Managing Director of Huntington Bank's National Settlements Team. She has over 25 years of experience in the financial industry holding officer positions at TD Bank, Citizens Bank, and Merrill Lynch. Robyn holds an M.B.A. from the Stern School of Business, New York University and B.A. in economics from Rutgers University. She also has held a Series 7 and Series 66 Insurance Licenses. She served as Executive Director of the National Association of Shareholder and Consumer Attorneys (NASCAT) and an Associate Member of the American Bar Association.



**Chris Ritchie**

Chris is an Executive Managing Director of Huntington Bank's National Settlement Team. He brings over 30 years of banking experience with past positions held at Chase Manhattan Bank and Citizens Bank. Chris has an M.B.A. from Fordham University and a B.A. from Fairfield University. He is a Vice President of the Institute for Law & Economic Policy (ILEP). He served on the boards of the Philadelphia Bar Foundation and the Special Olympics of Pennsylvania. He also served as Conference Co-Chair, Class Action Money & Ethics Conference in New York (May 2018 and May 2019), Distribution of Securities Litigation Settlements in San Francisco (February 2008) and in New York (September 2008 and March 2010).



**Liz Lambert**

Liz Lambert is a Senior Managing Director of Huntington Bank's National Settlement Team. She began her professional career in fixed income sales at Salomon Brothers Inc. in 1986, after graduating with a B.A. in Business Administration and French from the State University of New York at Albany. She has 37 years of banking experience with officer positions held at National Westminster Bank, Mellon Bank, Comerica Bank/Progress Bank and Citizens Bank. Liz is an Associate Member of the American Bar and Philadelphia Bar Associations, and a Member of the American Constitution Society



**Rose Kohles**

Rose is an Associate Director of Huntington Bank's National Settlement Team. Rose began her professional career at PNC Bank as a Treasury Management Sales Officer after receiving her B.A. in Finance from Temple University. Rose serves as the Communications Director for the Committee to Support Antitrust Laws, a lobbying organization that seeks to protect the rights of small businesses and consumers in the marketplace. Recently joined the Board of St. Augustine Academy, a non-profit after school program for young girls in the Philadelphia area as an Observing Board Member.



**Melissa Villain**

Melissa is a Managing Director of Huntington Bank's National Settlement Team. She is a graduate of the University of Central Florida with a B.A. in Advertising and Public Relations and previously held her Series 6 and Series 63 Florida Insurance Licenses. Melissa has more than 30 years of banking experience with past positions held at Wachovia Bank, The Bank Brevard, and Citizens Bank. Melissa is also a member of the Board of the Human Impacts Institute, a New York non-profit creating and sharing innovative approaches to tackling social and environmental issues.