# EXHIBIT B

<u>Exhibit B</u>

Diversity and Inclusion at Huntington

**A message to Huntington communities, colleagues, and customers:**

The deaths of George Floyd, Ahmaud Arbery, and Breonna Taylor, among many others, are not only heartbreaking, but also fundamentally wrong. Racism and injustice are unacceptable and, while it will take time to address, the time to start is now. Inequality exists in many forms and across several areas including healthcare, education, housing, and wealth. As these gaps are addressed, only then can our communities thrive.

For more than a decade, Huntington's brand has been **Welcome**. Welcome to all. It is tangible, and yet aspirational, and something we continuously strive to live up to. Welcome is not just a word. It also represents a mindset and a desire to look out for people. While we endeavor to be a purpose-driven company—one that makes people's lives better, helps businesses thrive, and strengthens the communities we serve—we must do more.

We believe through listening and seeking to understand, we can drive action and collectively be a part of positive change. Our leadership has spent the last several days reaching out and identifying ways to provide support to our customers, communities and in particular, to our colleagues. We don't have all the answers, but we know that by joining together peacefully, we can begin to see the path forward. We will partner with organizations in our local communities that accelerate meaningful progress. We will attempt to be a catalyst for change. As a part of this process, we will come together with a united voice to make a difference.

**Our Corporate Policy Statement**

With the changing demographics in society and evolving customer needs, we must remain intentional in how we engage, develop, retain and attract talent; creating a more inclusive environment that leverages diversity effectively. At Huntington, we are committed to diversity and inclusion. Diversity in our workplace, community outreach, and in our suppliers/vendors is every colleague's responsibility. As colleagues, we must model inclusive behaviors, show respect and have an appreciation of differences.

Every colleague contributes to the organization with their own collection of talents and a multitude of experiences and dimensions of diversity. By embracing each colleague's uniqueness, our core value of inclusion comes to life; and our commitment to inclusion is our commitment to you. We want you to feel valued, respected and heard because we know that each of our differences adds value to the organization.

Appreciating these rich differences is how we cultivate the best ideas and develop the best innovations for making Huntington *the best performing regional bank in the nation*.

**Steve Steinour**
*Chairman, President, and CEO*

550535.1                                18

**Donnell R. White**
*Senior Vice President, Chief Diversity and Inclusion Officer*

**A Culture of Inclusion**

Through our Board of Directors Community Development Committee, our Executive Leadership Team, and our Diversity and Inclusion Strategic Council (DISC), we are holding ourselves accountable for creating and maintaining a culture of inclusion.

Our Diversity and Inclusion Strategic Council serves in an advisory role to ensure the alignment of diversity and inclusion initiatives with our business goals, our corporate values and the future of Huntington. The strategy, policy and direction of our work is set by our internal stakeholders and executed by the office of Diversity & Inclusion, and is supported at all levels of our organization.

**Our Commitment to Affirmative Action**

Our policy of affirmative action facilitates the placement of qualified women, minorities, individuals with disabilities and veterans at all levels of the organization. Through our affirmative action plans, we identify the good faith efforts the organization will take to achieve the appropriate representation of women and minorities in our workforce. All of our affirmative action plans include targeted research, recruitment, upward mobility initiatives, annual goals and timetables for women and minorities required by Executive Order 11246 and other federal, state and local affirmative action laws and regulations.

All managers are responsible for complying with federal affirmative action regulations. This includes complying with site-specific affirmative action plans and ensuring that there are no artificial barriers to the advancement of qualified women, minorities, veterans and people with disabilities anywhere in our company. These plans are monitored by senior management and developed annually.

**Driving Diversity and Inclusion**

When evaluating our strongest asset at Huntington, it always comes back to people. Our commitment to inclusion creates an open, high-energy and high-performing environment, where colleagues can be their authentic selves. We value and foster inclusion, all united toward our shared mission of doing the right thing for our customers, colleagues, shareholders and communities.

Driven by the work of our Inclusion Councils, the commitment of colleague engagement is evident throughout our organization.

**Business Resource Groups (BRGs)**

Through the work of our Business Resource Groups (BRGs), we are transforming the workplace at Huntington. Our BRGs are colleague driven groups organized around a shared interest or common diversity dimension and they support our commitment to fostering an inclusive and engaging work environment for all. Through innovative thinking on disability inclusion, military friendly practices, LGBT friendly policies and other initiatives that help support our inclusive culture and serve our diverse workforce. We currently have eight BRGs:

- AdaptAbility BRG (colleagues with disabilities)
- African American BRG
- Asian BRG
- Emerging Professionals BRG
- LGBTA Network BRG
- Women's Network BRG
- Hispanic BRG
- Military BRG

**Inclusion Council (ICs)**

Inclusion Councils are voluntary, colleague-driven groups designed to support our vision to be THE Bank of the Midwest, to implement our inclusion strategy, and to create an inclusive, respectful and supportive environment for all colleagues. The role of Inclusion Councils is to create an inclusive, respectful and supportive environment for all colleagues. They are a vital component of our inclusion strategy because they provide a forum for all colleagues to become actively engaged in the inclusion journey. We currently have six ICs:

- Akron IC
- Downtown Columbus IC
- Easton IC
- Gateway IC
- SOKY IC
- WPA_OV IC

**Committed to change**

At Huntington, we believe we have the power to change our communities for the better by contributing to the economic strength of our local communities, investing in business growth, and partnering and volunteering to make a difference where we live and work.

550535.1                                    20

We are cultivating partnerships with diverse organizations that share our commitment to diversity and inclusion, such as: Women for Economic Leadership Development (WELD), Prospanica (formerly National Society for Hispanic MBA), Opportunities for Ohioans with Disabilities, and others, we are contributing to the development of our diverse communities and impacting them in a positive way.

At Huntington, we're committed to bringing innovation to our industry and doing the right thing for customers, colleagues, communities and shareholders. This is a place where every person is valued not for the title on his or her business card, but for the name that goes before it. Our culture of high performance is a direct byproduct of this commitment to inclusion.

While the foundation and business case for inclusion is solid at Huntington, we are always looking ahead to how we improve the mix, leverage for results and develop the ROI. It's a fluid model that requires honest introspection. It's getting to a place where the efforts of inclusion become innate. It's getting to a place where the actions of inclusion become instinctive. It's reaching a place where the results of inclusion at Huntington become a part of our DNA. It's a journey we look forward to continuing.

EEO/AA Employer/Minority/Female/Disability/Veteran/Sexual Orientation/Gender Identity

**Supplier Diversity**

Supporting diverse businesses supports the entire business community. We are committed to economic inclusion by expanding relationships with minority-, women-, LGBT-, disabled-, and veteran-owned business enterprises (diverse). With an inclusive supplier base, we have gained a better understanding to the needs of the marketplace. Working together, we are able to contribute toward economic development, job creation and stronger communities.

**Awards and Recognition**

2022 | Bank Insurance & Securities Association's (BISA) Diversity and Inclusion Award

2021 | Mortgage Bankers Association (MBA) Award for DEI Leadership

2020 | Forbes Best Employers for Diversity

2020 | Perfect Human Rights Campaign Rating

2019 | Forbes Best Employers for New Grads

2019 | Fortune 100 Best Workplaces for Diversity

2019 | Forbes Best Employers for Women

2019 | Disability Equality Index - 100%

2018 | Top 10 Regional Companies, Diversity Inc.

2018 | World's Best Employers 2000

2018 | Diversity Leader Award

2017 | Leading Disability Employer Seal™

2017 | Best in Class Award for Board Diversity