UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| OTHART DAIRY FARMS, LLC, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> DAIRY FARMERS OF AMERICA, INC., *et al.*, <br><br> Defendants. | Case No. 22-cv-00251-SMD-DLM |

**ORDER SETTING FAIRNESS HEARING**

THIS MATTER is before the Court sua sponte. The Court finds the following order should be entered:

**IT IS ORDERED** that the Court will hold the Fairness Hearing (*see* Docs. 203; 212) on **November 12, 2025, at 8:30 a.m. via Zoom.** Chambers will email counsel separately with Zoom login information.

**IT IS FURTHER ORDERED** that the regular status conferences (*see* Doc. 181) are vacated. Should the parties need to confer with the undersigned prior to the Fairness Hearing, they may email a request to chambers.

**IT IS SO ORDERED.**

_____
DAMIAN L. MARTINEZ
UNITED STATES MAGISTRATE JUDGE