# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| OTHART DAIRY FARMS, LLC, *et al.*, | Case No. 22-cv-00251-SMD-DLM |
| Plaintiffs, | |
| v. | |
| DAIRY FARMERS OF AMERICA, INC., *et al.*, | |
| Defendants. | |

**PLAINTIFFS' MOTION FOR PAYMENT OF ATTORNEYS' FEES, REIMBURSEMENT OF LITIGATION EXPENSES, ESTABLISHMENT OF A FUTURE EXPENSE FUND, AND CLASS REPRESENTATIVE SERVICE AWARDS**

PLEASE TAKE NOTE that Plaintiffs hereby move the Court for an Order awarding Payment of Attorneys' Fees, Reimbursement of Litigation Expenses, Establishment of a Future Expense Fund, and Class Representative Service Awards. This motion is based on Federal Rule of Civil Procedure 23, the concurrently filed Memorandum of Law and supporting declarations, and all other evidence and arguments presented in the briefings and at the hearing on this motion. The Court has set a hearing on this motion for November 12, 2025, at 8:30 a.m. Mountain Time via video and telephone conference. (*See* ECF No. 213.)

Dated: September 29, 2025          Respectfully submitted,

*/s/ Brian D. Clark*
Brian D. Clark (*pro hac vice*)
W. Joseph Bruckner (*pro hac vice*)
**LOCKRIDGE GRINDAL NAUEN PLLP**
100 Washington Avenue South, Suite 2200
Minneapolis, MN 55401
Telephone: (612) 339-6900
Facsimile: (612) 339-0981
bdclark@locklaw.com
wjbruckner@locklaw.com

Stephen J. Teti (*pro hac vice*)
**LOCKRIDGE GRINDAL NAUEN PLLP**
265 Franklin St., Suite 1702
Boston, MA 02110
Telephone: (617) 456-7701
sjteti@locklaw.com

Steve W. Berman (*pro hac vice*)
**HAGENS BERMAN SOBOL SHAPIRO LLP**
1301 Second Avenue, Suite 2000
Seattle, Washington 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594
steve@hbsslaw.com

Shana E. Scarlett (*pro hac vice*)
Abby R. Wolf (*pro hac vice*)
**HAGENS BERMAN SOBOL SHAPIRO LLP**
715 Hearst Avenue, Suite 300
Berkeley, California 94710
Telephone: (510) 725-3000
Facsimile: (510) 725-3001
shanas@hbsslaw.com
abbyw@hbsslaw.com

Elaine T. Byszewski (*pro hac vice*)
**HAGENS BERMAN SOBOL SHAPIRO LLP**
301 North Lake Avenue, Suite 920
Pasadena, CA 91101
Telephone: (213) 330-7150
Facsimile: (213) 330-7152
elaine@hbsslaw.com

Karin E. Garvey (*pro hac vice*)
**SCOTT+SCOTT ATTORNEYS AT LAW LLP**
The Helmsley Building
230 Park Avenue, 24th Floor
New York, NY 10169
Telephone: (212) 223-6444
kgarvey@scott-scott.com

Patrick J. McGahan (*pro hac vice*)
Michael P. Srodoski (*pro hac vice*)
Zachary Kranc (*pro hac vice*)
**SCOTT+SCOTT ATTORNEYS AT LAW LLP**
156 South Main Street, P.O. Box 192
Colchester, CT 06415
Telephone: (860) 537-5537
pmcgahan@scott-scott.com
msrodoski@scott-scott.com
zkranc@scott-scott.com

Mark T. Baker (Bar No. 16831)
**PEIFER, HANSON, MULLINS & BAKER, P.A.**
20 First Plaza, Suite 725
Albuquerque, NM 87102
Telephone: (505) 247-4800
Facsimile: (505) 243-6458
mbaker@peiferlaw.com

*Attorneys for Plaintiffs and the Proposed Class*