## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW MEXICO

OTHART DAIRY FARMS, LLC, PAREO
FARM, INC., PAREO FARM II, INC.,
DESERTLAND DAIRY, LLC, DEL ORO
DAIRY, LLC, BRIGHT STAR DAIRY, LLC,
and SUNSET DAIRY, LLC, individually and
on behalf of all others similarly situated,

       Plaintiffs,

v.                                        No. 2:22-cv-0251 MIS/DLM

DAIRY FARMERS OF AMERICA, INC.,
SELECT MILK PRODUCERS, INC., and
GREATER SOUTHWEST AGENCY,

       Defendants.

### <u>ORDER</u>

**THIS MATTER** is before the Court on Plaintiffs' Motion for Payment of Attorneys' Fees, Reimbursement of Litigation Expenses, Establishment of a Future Expense Fund, and Class Representative Service Awards; Memorandum in Support; and Declarations. (Docs. 216–18.) On January 8, 2025, the Court entered an Order that stated: "Going forward in this lawsuit, counsel ***shall*** attach all exhibits to the brief and may not submit multiple, separate documents as exhibits." (Doc. 175 at 5.) The parties must also "refer to exhibits with a document number and pinpoint citation (i.e., Doc. 151-5 at 3 or 152-4 ¶ 4)." (*Id.*) Plaintiffs' filings (Docs. 16–18) do not comply with this order.

Additionally, it does not appear that Plaintiffs "determine[d] whether [the] motion is opposed" or conferred with opposing counsel on an extension to the page limits for their exhibits

as required under the Local Rules and the January 8, 2025 Order.[1] *See* D.N.M. LR-Civ. 7.1(a), 10.5. (*See also* Doc. 175 at 5.)

**IT IS THEREFORE ORDERED** that Plaintiffs' motion is **DENIED WITHOUT PREJUDICE** and with leave to refile in accordance with the Local Rules and the Court's January 8, 2025 Order. Plaintiffs may refile the motion no later than **October 3, 2025**.


_____
DAMIAN L. MARTINEZ
UNITED STATES MAGISTRATE JUDGE

---

[1] The Court again notes that this District's Local Rules "do not require litigants to include a Table of Contents or Table of Authority." (*See* Doc. 175 at 4 n.2 (citing D.N.M. LR-Civ.).)